IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       No.    CV 16-00685 JB/LAM
                                                        CR 08-02573 JB

REGINALD LAMONT HALL,

    Defendant.

## ORDER

**THIS MATTER** is before the Court, *sua sponte* under Rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (*CV Doc. 1; CR Doc. 47*).  The Court will direct the United States to answer Defendant's motion.

**IT IS HEREBY ORDERED** that the Clerk is directed to forward to the United States of America a copy of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (*CV Doc. 1; CR Doc. 47*) and supporting papers and exhibits, if any, together with a copy of this Order;

**IT IS FURTHER ORDERED** that, **within thirty (30) days of entry of this Order**, the United States answer Defendant's § 2255 motion.

**IT IS SO ORDERED.**

                                                      */s/ Lourdes A. Martínez*
                                                      **LOURDES A. MARTÍNEZ**
                                                      **UNITED STATES MAGISTRATE JUDGE**