IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff/Respondent,

    v.                                      No. 16-CV-0685 JB/LAM
                                                    No. 08-CR-2573 JB

**REGINALD LAMONT HALL,**

    Defendant/Movant.

## ORDER GRANTING MOTION TO STAY

**THIS MATTER** is before the Court on the United States of America's *Motion For Stay of Proceedings Pending the Supreme Court's Decision in* **United States v. Beckles** *(Doc. 7)*, filed on August 16, 2016. Defendant/Movant has not responded to the United States' motion within the time prescribed by D.N.M.LR-Civ. 7.4(a) (providing that "[a] response must be served and filed within fourteen (14) calendar days after service of the motion" and that "[t]hese time periods are computed in accordance with Fed. R. Civ. P. 6(a) and (d)"). Pursuant to D.N.M. LR-Civ. 7.1(b), "[t]he failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." Therefore, the motion will be granted and further proceedings in the present case will be stayed until the United States Supreme Court issues an opinion in *Beckles v. United States* (S. Ct. No. 15-8544).

**IT IS THEREFORE ORDERED** that the United States of America's *Motion For Stay of Proceedings Pending the Supreme Court's Decision in* **United States v. Beckles** *(Doc. 7)* is **GRANTED**.

**IT IS FURTHER ORDERED** that proceedings in the present case are hereby **STAYED** until the United States Supreme Court issues an opinion in *Beckles v. United States* (S. Ct. No. 15-8544).

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**